UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**IN RE: SUBWAY FOOTLONG
SANDWICH MARKETING AND          MDL No. 13-02439
SALES PRACTICES LITIGATION**

   **This Document Relates to All Cases**

---

### ORDER

Based on the agreement of the parties, **IT IS ORDERED** that: (a) DAI's deadline for filing a responsive pleading is stayed indefinitely; (b) formal discovery is stayed indefinitely; and (c) the parties shall report to the court on the status of settlement every 45 days.

Dated at Milwaukee, Wisconsin this 28th day of March, 2014.

                                         s/ Lynn Adelman
                                         LYNN ADELMAN
                                         District Judge