UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: SUBWAY FOOTLONG            )
SANDWICH MARKETING AND            ) Case No. 2:13-md-02439-LA
SALES PRACTICES LITIGATION        )

## SETTLEMENT STATUS REPORT

As required by the Court's March 28, 2014 Order (Doc. No. 28), Counsel for Plaintiffs Nguyen Buren, Charles Noah Pendrak, John Farley, Jason Leslie, Barry Gross, Richard Springer, Andrew Roseman, Vincent Gotter, Zana Zeqiri, and Ayanna Nobels and Counsel for Defendant Doctor's Associates Inc. ("DAI") provide the following report on the parties' settlement discussions.

Plaintiffs and Defendant are currently engaged in settlement discussions with the assistance of their mediator, retired United States Magistrate Judge Morton Denlow. The parties have now executed a memorandum of understanding ("MOU") that sets forth all the material terms of a settlement, except for the amount of attorney's fees. Plaintiffs' Counsel made an initial demand regarding the amount of attorney's fees in late March. This demand did not include any accompanying time records. DAI has informed Plaintiffs that it cannot evaluate the reasonableness of the demand until it reviews the time records. Plaintiffs' Counsel has promised to provide DAI with summaries of their time records and information on their hourly rates. Once DAI receives this information, it will be in a better position to respond.

Because settlement talks are continuing to progress, the parties respectfully request that the status-quo be maintained for another 45 days.

Date: May 12, 2014

**All Plaintiffs, individually, and on behalf of all others similarly situated,**

By:   /s/ Thomas A. Zimmerman
       Thomas A. Zimmerman, Jr. (IL #6231944)
       Adam M. Tamburelli (IL#6292017)
       Frank J. Stretz (IL#6310264)
       ZIMMERMAN LAW OFFICES, P.C.
       77 West Washington Street, Suite 1220
       Chicago, Illinois 60602
       (312) 440-0020 telephone
       (312) 440-4180 facsimile
       www.attorneyzim.com

       Stephen P. DeNittis
       DENITTIS OSEFCHEN, P.C.
       5 Greentree Centre, Suite 410
       Route 73 South & Lincoln Drive
       Marlton, New Jersey 08053
       (856) 797-9951 telephone

       *Interim Co-Lead Counsel for the*
       *Plaintiffs and Class*


**Defendant Doctor's Associates Inc.,**

By:   /s/ John M. Doroghazi
       Bethany L. Appleby
       John M. Doroghazi
       WIGGIN AND DANA LLP
       One Century Tower
       P.O. Box 1832
       New Haven, CT 06508-1832
       (203) 498-4400
       (203) 782-2889 fax
       bappleby@wiggin.com
       jdoroghazi@wiggin.com

       *Attorneys for Doctor's Associates Inc.*

## CERTIFICATE OF SERVICE

John Doroghazi, an attorney, hereby certifies that he caused the foregoing document, to be served upon all counsel of record in this case via the Court's CM/ECF System, prior to 5:00 p.m., on this day May 12, 2014.

/s/John M. Doroghazi
John M. Doroghazi