# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**IN RE: SUBWAY FOOTLONG
SANDWICH MARKETING AND
SALES PRACTICES LITIGATION**

**MDL No. 13-02439**

| This Document Relates to All Cases |

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:30 a.m.
Law Clerk: Michael Ashton

Date: February 12, 2015
Concluded: 3:45 pm
Court Reporter: Sheryl Stawski

APPEARANCES:

Plaintiffs: Tom Zimmerman, ~~Shpetim Ademi~~ Stephen Denittis

Defendants: Bethany Appleby; John Doroghazi

Nature of Conference: Settlement

Notes:
- Settlement conference held.