UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: SUBWAY FOOTLONG )
SANDWICH MARKETING AND ) Case No. 2:13-md-02439-LA
SALES PRACTICES LITIGATION )

This document relates to all cases

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

NOW COME all Plaintiffs, by and through interim lead counsel, and respectfully request this Court to grant preliminary approval of a proposed Class Action Settlement Agreement, as follows:

Defendants do not oppose this motion.

The Settlement Agreement is the product of extensive arms-length negotiations between the Parties. As explained in the attached memorandum, and declaration, the proposed class settlement is a fair, reasonable, and adequate settlement of the claims asserted by the Class, which consists of all individuals in the United States who have purchased a Footlong or Six Inch sandwich from a Subway® restaurant between January 9, 2003 and the date of preliminary approval. Because the Settlement satisfies the criteria for preliminary approval of a class action settlement, Plaintiffs respectfully request that the Court enter the proposed preliminary approval order attached to the Settlement Agreement and this motion.

WHEREFORE, Plaintiffs pray that the court grant preliminary approval of the Class Action Settlement Agreement, and for any other relief the court deems just.

All Plaintiffs, individually, and on behalf of all others similarly situated,

By: ___/s/ Stephen P. DeNittis_____
    Stephen P. DeNittis
    DeNittis Osefchen, P.C.

1

525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951 telephone
(856) 797-9978 facsimile
www.denittislaw.com

Thomas A. Zimmerman, Jr. (IL #6231944)
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

Interim Co-Lead Counsel for the Plaintiffs and Class

*Plaintiffs' Executive Committee*

| | |
|---|---|
| Todd M. Friedman | Daniel A. Edelman |
| Nicholas J. Bontrager | Cathleen M. Combs |
| Law Offices of Todd M. Friedman | James O. Latturner |
| 369 S. Doheny Drive, #415 | Francis R. Greene |
| Beverly Hills, CA 90211 | Edelman, Combs, Latturner & Goodwin, LLC |
| (877) 206-4741 | 120 S. LaSalle Street, Suite 1800 |
| | Chicago, IL 60603 |
| | (312) 739-4200 |
| | |
| Michael S. Agruss | Guri Ademi (SBN 1021729) |
| Agruss Law Firm, LLC | Shpetim Ademi (SBN 1026793) |
| 22 W. Washington Street, Suite 1500 | David J Syrios (SBN 1045779) |
| Chicago, IL 60602 | John D. Blythin (SBN 1046105) |
| (312) 224-4695 | Ademi & O'Reilly, LLP |
| | 3620 East Layton Avenue |
| | Cudahy, WI 53110 |
| | (414) 482-8000 |
| | |
| Juan E. Monteverde | Marshall Dale Evans |
| Antonio Vozzolo | Evans Law Firm, P.A. |
| Faruqi & Faruqi, LLP | 2333 N. Green Acres Road |
| 369 Lexington Avenue, 10th Floor | P.O. Box 1986 |
| New York, NY 10017 | Fayetteville, AR 72702 |
| (212) 983-9330 | (479) 521-9998 |

Gerald A. Marks
Louis D. Tambaro
Kristen A. Curatolo
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701
(732) 747-710

E. Kent Hirsch
Hirsch Law Firm, P.A.
107 West Emma Ave.
Springdale, AR 72764
(479) 751-0251

# CERTIFICATE OF SERVICE

Stephen P. DeNittis, an attorney, hereby certifies that he caused the foregoing document, to be served upon all counsel of record in this case via the Court's CM/ECF System, prior to 5:00 p.m., on this day September 29, 2015.

>All Plaintiffs, individually, and on behalf of all others similarly situated,
>
>By: ___*/s/ Stephen P. DeNittis*___
>Stephen P. DeNittis
>DeNittis Osefchen, P.C.
>525 Route 73 North, Suite 410
>Marlton, New Jersey 08053
>(856) 797-9951 telephone
>(856) 797-9978 facsimile
>
>Interim Co-Lead Counsel for the Plaintiffs and Class