10-25-15
13-MD-2439

I object to the proposed settlement in the Subway Footlong Sandwich Marketing and Sales Practices Litigation.

I have purchased probably 100 footlong sandwiches thinking they were 12 inches. I feel ripped off. Why should Subway not have to refund money or give free Sub coupons to people who were lied to? I do not have an attorney but I feel that I am owed some compensation.

Mary Repine
14805 Meadow Lane
Leawood KS
66224

913-685-5993

OCT 29 2015  JON W. SANFILIPPO, CLERK
Case 2:13-cv-00716-LA  Filed 10/29/15  Page 1 of 1  Document 47