Nathan Godwin

1332 Mt. Olive Church Road

Lumberton, N.C. 28360

October 29, 2015

Clerk of Court

United States District Court

517 East Wisconsin Avenue

Milwaukee, WI 53202

Dear Sir or Madam:

I would like to object to the Case re: Subway Foot-long Sandwiches Sales and Marketing Practices Litigation, MDL No. 2439. First of all this case doesn't offer any monetary relief for consumers such as myself and millions who purchased subs from Jan 1, 2003 to October 2, 2015. It has been over 10 years since this food establishment knew their sandwiches weren't foot-long sandwiches and were being sold to us as consumers. They did nothing about this during all these years, until it was filed as a class action settlement. Millions around the world bought from Subway thinking it was a foot-long.

This brings me to my first point, False Advertising, clearly advertising one thing, and providing another is truly wrong. If the foot-long subs aren't foot-long why advertise that is a foot-long? That deceives customers into thinking they are getting a foot-long, when they come in to make a purchase. We are not getting what we paid for, so we deserve some compensation.

A second part of this settlement that bothers me is that they agree to make all these changes, but what happens they keep increasing penalties for non-compliance and Subway still keeps doing this after penalties are implemented. We all know customers love subs, and it should be the standard for other sub franchises that are not part of Subways. Subway should not advertise, until all been under compliance regarding foot-long subs.

The injunctive relief, is only part of the problem. The other part is the monetary relief to us as consumers. Why don't we get a say in part of this, we do buy foot-long subs, and we should be compensated for the past 12 years for being non-compliant. They advertised for years, about foot-long subs, however we never received those foot-long subs as being foot-long. So, I think a fair compensation should be in form of a voucher for 2 foot-long subs, or cash in the amount of $10.00.

That way everyone will have an opportunity to file their claim, instead of only lawyers getting all the money. Everyone will gain from this class action settlement instead a few plaintiffs, and a few lawyers.

In conclusion, I think for this settlement to fair to everyone, everyone needs to be compensated who made purchases at Subway Franchisees, from past 12 years minimum. Companies need to be held fully responsible for satisfying consumers, including monetary payment, since they did make millions of dollars in false advertising, and deceptive claims.

I will not be able to attend the fairness hearing, but request Class Counsel(s) represent me, and I have stated my objection.

Sincerely,

Nathan Godwin