**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| IN RE: SUBWAY FOOTLONG SANDWICH MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) Case No. 2:13-md-02439-LA<br><br>Judge Lynn Adelman |

**CERTIFICATION OF SHPETIM ADEMI ESQUIRE IN SUPPORT OF CLASS COUNSEL'S PETITION FOR SERVICE AWARDS, ATTORNEY'S FEES, AND COSTS**

I, Shpetim Ademi, upon my oath certifies as follows:

1. I am an attorney-at-law and am the managing partner of Ademi & O'Reilly LLP. I am counsel for Plaintiffs in the above-captioned case.

2. Plaintiffs' counsel undertook this matter entirely on a contingent basis and were responsible for advancing all costs and expenses in the prosecution of this matter. Any fees and reimbursement of expenses will be limited to such amounts as may be awarded by the court.

3. The following chart details the total lodestar for my firm per attorney resulting in 114.4 hours valued at $61,065.00.

| **Professional** | **HOURS** | **RATE** | **LODESTAR** |
|---|---:|---:|---:|
| Shpetim Ademi (Partner) | 64.00 | $600.00 | $38,400.00 |
| Guri Ademi (Partner) | 5.1 | $650.00 | $3,315.00 |
| Robert K. O'Reilly (Partner) | .3 | $600.00 | $180.00 |
|  |  |  |  |
| David J. Syrios (Senior Associate) | 2.8 | $450.00 | $1,330.00 |
| John D. Blythin (Senior Associate) | 37.6 | $450.00 | $16,920.00 |
|  |  |  |  |
| Seit Alla (Senior Paralegal) | 4.6 | $200.00 | $920.00 |
|  |  |  |  |
| **TOTALS** | **114.40** |  | **$61,065.00** |

1

4. This Court as well as other courts have consistently found my firms historical hourly rates to be reasonable in class actions. *Oravecz v. Action Financial Services, LLC,* 14-cv-1124-WED, slip op at 2 (Final Order On Class Action Settlement) (E.D. Wis. Jun. 30, 2015); *Paddock v. Fay Servicing, LLC*, No. 14-cv-454-JPS, slip op at 2 (Final Order On Class Action Settlement) (E.D. Wis. Mar. 25, 2015); *Decker*, No. 13-cv-399-RTR, slip op. at 3; *Ihde et al. v. The CBE Group, Inc.*, No. 12-cv-906-LA, Final Order Approving Class Action Settlement (Dkt. No. 32) (E.D. Wis. Dec. 2, 2013); *Rushmore Service Center, LLC,* No. 13-cv-105-LA, Final Order and Judgment Approving Class Action Settlement, at 3 (E.D. Wis. Aug. 28, 2013); *Lozano v. J.A. Cambece Law Office, P.C.*, No. 12-cv-709, slip op. at 5 (E.D. Wis. Apr. 25, 2013) (Final Order and Judgment on Class Action Settlement); *Simic v. J.C. Christensen & Assoc., Inc.*, No. 12-cv-226-NJ, slip op. at 3 (E.D. Wis. Feb. 1, 2013) (same); *Puskala v. Koss Corporation*, No. 10-cv-41-LA (E.D. Wis. July 10, 2012); *Schultz v. Tomotherapy Inc.*, No. 08-cv-314-SLC (W.D. Wis. Mar. 22, 2011); *In re: Metavante Technologies, Inc. Shareholder Litigation*, No. 09-CV-5325 (Circuit Ct. Milwaukee Co., Apr. 14, 2010); *Love v. Home Loan Center Inc.*, No. 09-CV-9598 (Circuit Ct. Milwaukee Co., May 25, 2011).

5. My firm Resume is attached hereto as Exhibit A. In particular, I received my Juris Doctor degree from the University of Wisconsin School in 1996. I am admitted to practice before all Wisconsin Courts in addition to the following Federal Courts: the Eastern District of Wisconsin, the Western District of Wisconsin, the Northern District of Illinois and the 7th Circuit, US Court of Appeals.

6. I have been selected as a Wisconsin Super Lawyer every year since 2009.

7. My firm and I have presented and participated on panels of multiple seminars and courses for Continuing Legal Education Credit.

8.  To date, my firm has incurred costs in the amount of $2,391.81 in the prosecution of this litigation, as set forth in Attachment 1 to class counsel's fee petition.

I declare under penalty of perjury under the laws of the State of Wiscosnin that the foregoing is true and correct.


Dated:  12/4/15                                                       _/s/ Shpetim Ademi_____
                                                                              SHPETIM ADEMI

# EXHIBIT A

# ADEMI & O'REILLY, LLP

3620 East Layton Avenue  
Cudahy, Wisconsin 53110

Attorneys at Law

Telephone: (414) 482-8000  
Facsimile: (414) 482-8001

## FIRM BIOGRAPHY

We litigate securities, antitrust and consumer class actions. The firm also practices federal bankruptcy law and federal appellate law.

### The Firm's Attorneys

**Guri Ademi** graduated from the University of Wisconsin—Milwaukee *magna cum laude* in 1990, and the University of Wisconsin Law School in 1993, serving as a Notes and Comments Editor for the *Wisconsin Law Review*. After interning with Judge Thomas Curran of the Eastern District of Wisconsin, he was an associate with Quarles & Brady LLP in its corporate finance and antitrust groups from 1993 to 2000, and an associate with Whyte Hirschboeck Dudek S.C. in its securities and antitrust groups from 2000 to 2001. He joined Ademi & O'Reilly, LLP in 2001 and heads its securities and antitrust litigation practice groups. Guri is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**Shpetim Ademi**, the firm's founder, graduated *cum laude* from the University of Wisconsin—Milwaukee in 1992, with honors in philosophy and history, and an honors thesis in philosophy. He graduated from the University of Wisconsin Law School in 1996. After interning with Judge Charles B. Schudson of the Wisconsin Court of Appeals, 1st District, he founded the Southside Law Office in 1996, and serves as managing partner of Ademi & O'Reilly, LLP. Shpetim is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**Robert K. O'Reilly** graduated from the University of Toronto with distinction in 1993, and from the University of Wisconsin Law School *cum laude* in 1996. He served as an Articles Editor for the *Wisconsin Law Review*, was elected to the Order of the Coif, and received the University League Award for outstanding service and scholarship to the Law School. Mr. O'Reilly served as a law clerk for Chief Judge James E. Shapiro of the United States Bankruptcy Court for the Eastern District of Wisconsin from 1996 to 1997, and Circuit Judge Daniel A. Manion of the United States Court of Appeals for the Seventh Circuit from 1997 to 1999. He is a member of Ademi & O'Reilly, LLP, joining the Firm in 1999. Mr. O'Reilly has been recognized numerous times on the Seventh Circuit Honor Roll for his appellate representation. Robert is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**John D. Blythin** graduated *cum laude* from the University of Wisconsin-Madison in 1999, with a degree in political science and from University of Wisconsin Law School in 2003. He is an associate, practicing in securities, antitrust and consumer litigation.

**Mark A. Eldridge** graduated from Marquette University in 2006, with a double major in Journalism and Psychology and from Marquette University Law School in 2014. He is an associate, practicing in securities, antitrust and consumer litigation.

**Denise L. Morris** graduated *magna cum laude* from Columbia University in 2005, with a degree in Philosophy and *magna cum laude* from DePaul University College of Law in 2014. She is an associate, practicing in securities, antitrust and consumer litigation.



# FIRM HIGHLIGHTS

## SECURITIES CLASS ACTIONS

**IN RE: SPIEGEL, INC. SECURITIES LITIGATION (N. D. IL 2002)**
We represented the class as Co-Lead counsel in this action. Settlement of $17.5 million.

**IN RE: eFUNDS CORPORATION SECURITIES LITIGATION (D. AZ 2002)**
We represented the class as Co-Lead counsel in this action. Settlement of $2.5 million.

**IN RE: METAVANTE TECHNOLOGIES, INC. SECURITIES LITIGATION (MILWAUKEE COUNTY, WI 2009)**
We represented the class as Co-Lead counsel in this action. Settlement of additional disclosures to shareholders.

**IN RE: QUOVADX INC. SECURITIES LITIGATION (D. CO 2003)**
We represented the lead plaintiff and class as counsel in this action. Settlement of $9 million.

**IN RE: DHB INC. SECURITIES LITIGATION (E.D.N.Y. 2005)**
We represented one of the lead plaintiffs and the class as counsel in this action. Settlement estimated of $64 million.

**IN RE: NORTHWESTERN CORP. SECURITIES LITIGATION (D.S.D. 2003)**
We represented secondary offering shareholders and certain bondholders. Settlement of $40 million.

**IN RE: RAYOVAC, INC.. SECURITIES LITIGATION (W.D. WI 2003)**
We represented the class as *Liason* counsel in this action. Settlement of $4 million.

**IN RE: MERGE TECHNOLOGIES (MILWAUKEE COUNTY, WI 2006)**
We represented the class as *Liaison* counsel in this derivative action. Settlement of corporate governance reforms.

**IN RE: KANDEL V. GEHL COMPANY, ET AL. (WASHINGTON COUNTY, WI 2008)**
We represented the class as *Liaison* counsel in this action. Settlement of additional disclosures to shareholders.

**IN RE: TOMOTHERAPY, INC., SECURITIES LITIGATION (W.D. WI 2008)**
We represented the class as *Liaison* counsel in this action. Settlement of $5 million.

**IN RE: PUSKALA V. KOSS CORPORATION (E.D. WI 2010)**
We represent the class as *Liaison* counsel in this action. Settlement of $1 million.

**IN RE ENERGYSOLUTIONS, INC. SHAREHOLDER LITIGATION (DEL. CH. 2013)**
We represented the class as Co-Counsel in this action. Increased merger consideration by approximately 36 million.

### REPRESENTAIVE recently filed SECURITIES CLASS ACTIONS:

| | |
|---|---|
| AGRIA CORP. (S.D.N.Y.) | IMPERIAL CHEMICALS (S.D.N.Y.) |
| CONEXANT SYSTEMS, INC. (D. N.J.) | ITT EDUCATIONAL SYSTEMS (S.D. NY) |
| CORN PRODUCTS INTERNATIONAL, INC. (N.D. IL) | MERGE TECHNOLOGIES, INC. (E.D. WI) |
| CORUS BANKSHARES, INC. (N.D. IL) | MAXWELL TECHNOLOGIES, INC. (S.D. CA) |
| DATATEC INC. (D. N.J.) | NU SKIN ENTERPRISES, INC. (D. UT) |
| DIRECT GENERAL CORPORATION (M.D. TN) | OCA, INC. (E.D. LA) |
| DIVINE, INC. (N.D. IL) | PARAMETRIC CORPORATION (D. MA) |
| ESCALA, INC. (S.D.N.Y.) | PETCO ANIMAL SUPPLIES, INC. (S.D. CA) |
| FIFTHTHIRD CORPORATION (N.D. OH) | PLEXUS CORP. (E.D.WI) |
| HARLEY-DAVIDSON, INC. (E.D. WI) | TAKE TWO INTERACTIVE (S.D.N.Y.) |
| IMPAX LABORATORIES, INC. (S.D. CA) | TRIPATH TECHNOLOGIES (C.D. CA) |

### REPRESENTATIVE recently filed DERIVATIVE, CORPORATE GOVERNANCE AND BUYOUT CLASS ACTIONS:

| | |
|---|---|
| AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC. (MD) | KERZNER INTERNATIONAL LTD. (CA) |
| ASSISTED LIVING CONCEPTS, INC. (WI) | LASERSCOPE (CA) |
| ASTEX PHARMACEUTICALS, INC. (DE) | MARVEL ENTERTAINMENT, INC. (DE) |
| ALLIANT ENERGY CORP. (WI) | MARSHALL & ILSLEY CORP. (WI) |
| CELLULAR DYNAMICS INTERNATIONAL INC. (WI) | ONLINE RESOURCES CORP. (DE) |
| COVAD COMMUNICATIONS GROUP, INC. (CA) | POWER-ONE, INC. (CA) |
| GATEWAY, INC. (CA) | RIGGS NATIONAL CORP. (DE) |
| GOLDEN WEST FINANCIAL CORP. (CA) | RITA MEDICAL SYSTEMS, INC. (CA) |
| HEALTH MANAGEMENT ASSOCIATES, INC. (FL) | SPORTSMAN GUIDE, INC. (MN) |
| I2 (TX) | STEC, INC. (CA) |
| INTEGRYS ENERGY GROUP (WI) | STERLING BANCORP.(NY) |
| INTERMAGNETICS GENERAL CORP. (NY) | SYNTROLEUM CORP. (OK) |
| JOHNSON OUTDOORS, INC. (WI) | TRIZEC PROPERTIES, INC. (IL) |
| KEANE, INC. (MA) | ZOLTEC COMPANIES, INC. (MO) |



# ANTITRUST CLASS ACTIONS

**IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION MDL DKT. NO. 2196 (N.D. OH 2010)**
We currently represent the proposed class of indirect purchasers as co-class counsel. Settlements of over $151 million pending.

**IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION - MDL DKT. NO. 1917 (N.D. CAL 2008)**
We currently represent the proposed class of indirect purchasers as co-class counsel. Settlements of over $500 million pending.

**IN RE: AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION - MDL DKT. NO. 1426 (E.D. PA 2001)**
We acted as co-counsel for the class of direct purchasers in more than 20 lawsuits brought against the major car paint manufacturers, including Sherwin Williams, Akzo Nobel, DuPont, PPG Industries and BASF. Settlement of more than $108 million.

**IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION. - MDL DKT. NO. 2186 (E.D. PA 2010)**
We currently represent the proposed class of indirect purchasers as co-class counsel. Settlement of over $5 million pending.

**IN RE: INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LIT. - MDL DKT. NO. 1793 (N.D. CAL 2006)**
We represented the class as co-counsel in this action. Settlement of over $200 million.

**BLESSING ET AL V. SIRIUS XM RADIO INC. (S.D. NY 2009)**
We represented the class as co-counsel in this action. Settlement valued at over $180 million.

**FOND DU LAC BUMPER EXCHANGE INC V. JUI LI ENTERPRISE COMPANY LTD ET AL (E.D. WI 2010)**
We represent the proposed third party payor indirect purchaser class as a *Liaison* Counsel in this action.

**IN RE: TEXT MESSAGING ANTITRUST LITIGATION - MDL DKT. NO. 1997 (N.D. IL 2008)**
We represented the proposed class on plaintiff's steering committee in this action.

**IN RE: POTASH ANTITRUST LITIGATION - MDL DKT. NO. 1996 (N.D. IL 2008)**
We represented the proposed indirect purchaser class as co-counsel in this action. Settlement of $21.5 million.

**IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION MDL NO. 2311 (E. D. MI 2011)**
We represent the proposed indirect purchaser class as co-counsel in this action. Multiple settlements pending.

### REPRESENTATIVE RECENTLY FILED ANTITRUST CLASS ACTIONS:

IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION - MDL DKT. 2670

IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION - MDL DKT. NO. 2656 (D.C. 2015)

IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION - MDL DKT. NO. 2626 (M.D. FL 2015)

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION - MDL DKT. NO. 2542 (S.D. NY 2014)

IN RE VEHICLE CARRIER SERVICES ANTITRUST LITIG., MDL NO. 2471 (N.J. 2013)

IN RE: ELECTRONIC BOOKS ANTITRUST LITIGATION - MDL DKT. NO. 2293 (S.D. NY 2011)

EDWARDS ET AL V. NATIONAL MILK PRODUCERS FEDERATION ET AL. (N.D. CAL 2011)

IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION - MDL DKT. NO. 2173 (M.D. FL 2010)

IN RE: MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION - MDL DKT. NO. 2121 (S.D. CAL 2009)

IN RE: ANDRO GEL ANTITRUST LITIGATION - MDL DKT. NO. 2060 (N.D. GA 2009)

IN RE: AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION - MDL DKT. NO. 2007 (C.D. CAL 2009)

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION - MDL DKT. NO. 2002 (E.D. PA 2008)

IN RE: AFTER MARKET AUTO FILTERS ANTITRUST LITIGATION - MDL DKT. NO. 1957 (N.D. IL 2008)

IN RE: PACKAGED ICE ANTITRUST LITIGATION - MDL DKT. NO. 1952 (E.D. MI 2008)

IN RE: CHOCOLATE CONFECTIONARY - MDL DKT. NO. 1917 (N.D. PA 2008)

LAFLAMME ET AL. V. SOCIETE AIR FRANCE ET AL.. (E.D. NY 2008)

IN RE: GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION - MDL DKT. NO. 1826 (N.D. CAL 2008)

SKORSTAD V. SAMSUNG ELECTRONICS COMPANY, LTD (N.D. CAL 2007)



# CONSUMER CLASS ACTIONS

**MCKINNIE V. CHASE BANK (E.D. WI 2008)**
We represented the class as Lead Counsel in this action under the Electronic Funds Transfer Act. Settlement of $2.1 million.

**ORI V. FIFTH THIRD BANK AND FISERVE, INC. (E.D. WI 2008)**
We represent the class on the Lead Class Counsel Committee in this action under the Fair Credit Reporting Act. Settlement valued at over $3 million.

**IN RE: LIBERTY REFUND ANTICIPATION LOAN LITIGATION MDL DKT. NO. 2334 (N.D. IL 2012)**
We represent the class on the Lead Counsel Executive Committee in this action. Settlement pending at $5.3 million.

**IN RE: PILOT FLYING J FUEL REBATE CONTRACT LITIGATION MDL NO. 2358 (2013)**
We represent the class as Settlement Class Counsel in this action. Settlement valued at $72 million of full refund plus interest to the class.

**IN RE: BOA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION MDL DKT. NO. 2269 (N.D. CAL 2011)**
We represent the proposed class as co-counsel. Settlement of $20 million.

**IN RE: CHASE BANK USA, N.A., "CHECK LOAN" CONTRACT LITIGATION – MDL DKT. NO. 2032 (N.D. CAL 2009)**
We represent the proposed class as co-counsel. Settlement of $100 million.

**KARDONICK ET AL., V. J.P. MORGAN & CO. CHASE (S.D. FL 2010)**
We represent the class as co-counsel. Settlement of $21.5 Million.

**IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH MDL DKT. NO. 1998 (W.D. KY 2008)**
We represented the class as co-counsel in this action. Settlement value estimated over $200 million.

**IN RE: HEARTLAND PAYMENT SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH MDL DKT. NO. 2046 (S.D. TX 2009)**
We represented the class as a member of the Steering Committee in this action. Settlement valued at over $4.5 million.

**IN RE: HYUNDAI HORSEPOWER LITIGATION CA. SUP. CT. (2003)**
We represented a United States and Canadian class of purchasers of Hyundai motor vehicles as co-counsel. Settlement of more than $100 million.

**IN RE OCEAN BANK FINANCIAL CORP. PRE-SCREENING LITIGATION - MDL DKT. NO. 1998 (N.D. IL 2006)**
We represented a Wisconsin class as Lead Counsel in this action under the Fair Credit Reporting Act.

**BERNAL V. AMERICAN MONEY CENTERS, INC. (E.D. WI 2005)**
We represented a Wisconsin class as Lead Counsel in this action under the Fair Credit Reporting Act.

**SEEGER V. AFNI, INC. (E.D. WI 2005)**
We represented the class as Lead Counsel in this action under the Fair Debt Collection Practices Act.

**BEATTIE V. CAPITAL ONE BANK (E.D. WI 2005)**
We represented the class as Lead Counsel in this action under the Fair Debt Collection Practices Act.

### REPRESENTATIVE RECENTLY FILED CONSUMER CLASS ACTIONS:

IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION MDL NO. 2620

IN RE: SUBWAY FOOTLONG SANDWICH MARKETING AND SALES PRACTICES LITIGATION MDL NO. 2439 (E.D.WI 2013)

SEN V. MENARD INC. ET AL.. (W.D. WI 2012)

IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION MDL NO. 2358 (D. DEL 2012)

IN RE: TROPICANA ORANGE JUICE MARKETING AND SALES PRACTICES LITIGATION MDL NO. 2353 (D. NJ 2012)

IN RE: H&R BLOCK REFUND ANTICIPATION LOAN LITIGATION MDL DKT. NO. 2373 (N.D. IL 2012)

IN RE: CARRIER IQ, INC., CONSUMER PRIVACY LITIGATION MDL NO. 2330 (N.D. CAL 2011)

BOULET V. NATIONAL PRESTO INDUSTRIES, INC. (W.D. WI 2011)

CLEMINS V. ALLIANCE DATA SYSTEMS CORPORATION ET AL (E.D. WI 2011)

CLEMINS ET AL V. GE MONEY BANK (E.D. WI 2011)

ALLEE V. SONY COMPUTER ENTERTAINMENT AMERICA, INC.. – (E.D. WI 2010)

IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION PRODUCTS LIABILITY LITIGATION – MDL DKT. NO. 2151 (C. D. CAL 2009)

IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION. – MDL DKT. NO. 2068 (D. ME 2009)

PETLACK V. SC JOHNSON & SON INCORPORATED (E.D. WI 2008)