| Distilled Perspective | iOS app | Android app | More | | Desktop Alerts | Log in | Create Account |

December 6, 2015

# Subway Pledges To Ensure Every 'Footlong' Is 12 Inches

The Huffington Post  |  By Rachel Tepper

Posted: 01/25/2013 9:30 am EST    Updated: 01/25/2013 9:30 am EST



Subway has clarified its stance on the bizarre "Footlong" controversy that has now gone viral on the internet. The chain supplied the following statement to the Chicago Tribune:

> "We have redoubled our efforts to ensure consistency and correct length in every sandwich we serve.
> Our commitment remains steadfast to ensure that every Subway Footlong sandwich is 12 inches at each location worldwide."

If you haven't been following this mess, here's some background: What started as a Facebook post by Australian Subway customer Matt Corby decrying that his "Footlong" Subway sub was actually only 11 inches quickly snowballed into a full-scale catastrophe, gaining traction on the web.

Then, across the globe, two New Jersey men named Subway in a lawsuit taking the chain to task for selling "Footlong" sandwiches that measure less than 12 inches, followed by another suit filed by a Chicago man.

Although at the time of Corby's Facebook post, Subway Australia addressed the initial incident with a statement that said the "Footlong" is "not intended to be a measurement of length," it seems the company has since changed its mind.

MORE:  Subway Footlong Controversy    Subway Footlong    Footlong    Subway    Subway Footlong Lawsuit

**Conversations**

Huffington Post Search

Advertise | Log In | Make HuffPost Your Home Page | RSS | Careers | FAQ
User Agreement | Privacy | Comment Policy | About Us | About Our Ads | Contact Us
Archive

Copyright ©2015 TheHuffingtonPost.com, Inc.    "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved. 2015©

Part of **AOL-HuffPost Food**

Case 2:13-md-02439-LA    Filed 12/15/15    Page 1 of 1    Document 51-2