# Los Angeles Times | ARTICLE COLLECTIONS

← Back to Original Article

## Subway pledges to make all its Footlong sandwiches 12 inches

January 25, 2013 | By Tiffany Hsu

No more missing inches: Subway says that never again will a Footlong sandwich meet a ruler it can't match.

In the company's own words: "We regret any instance where we did not fully deliver on our promise to our customers. We freshly bake our bread throughout the day in our more than 38,000 restaurants in 100 countries worldwide, and we have redoubled our efforts to ensure consistency and correct length in every sandwich we serve. Our commitment remains steadfast to ensure that every Subway Footlong sandwich is 12 inches at each location worldwide."

This after an outcry when an Australian customer posted a photo of a Footlong sub on Subway's Facebook page. The sandwich, positioned alongside a tape measure, came out to only 11 inches.

The image sparked a New York Post investigation, a string of similar photographs and general consternation from clientele. Several customers have since sued Subway over what they say were misleading claims.

Subway declined to comment on the legal actions.

**ALSO:**

'Subway Guy' Jared Fogle on restaurants and staying slim [VIDEO]

Fast food goes ethnic: Subway tests Sriracha sauce in Santa Ana

Doughnut wars? After Dunkin', Krispy Kreme says it's growing too

Los Angeles Times  Copyright 2015 Los Angeles Times                                      Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Case 2:13-md-02439-LA   Filed 12/15/15   Page 1 of 1   Document 51-3