**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**


IN RE: SUBWAY FOOTLONG          )
SANDWICH MARKETING AND     )     Case No. 2:13-md-02439-LA
SALES PRACTICES LITIGATION    )


This document relates to all cases


**NOTICE OF APPEARNCE OF ADAM E. SCHULMAN
FOR OBJECTOR THEODORE H. FRANK**

Adam E. Schulman hereby appears as counsel of record for objector Theodore H. Fran. His office address is 1899 L Street, NW, 12th Floor, Washington, DC 20036. His phone number is (610) 457-0856. His email address is adam.schulman@cei.org. He is a member of the E.D. Wisconsin bar, reciprocally admitted from D.C. where his bar identification number is 1001606.

Dated: December 15, 2015

Respectfully submitted,

*/s/ Adam E. Schulman*
Adam E. Schulman (DC Bar No. 1001606)
COMPETITIVE ENTERPRISE INSTITUTE,
CENTER FOR CLASS ACTION FAIRNESS
1899 L Street, NW, 12th Floor
Washington, DC 20036
610-457-0856
adam.schulman@cei.org

*Attorneys for Objector Theodore H. Frank*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 15, 2015, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record registered for ECF filing.

Dated: December 15, 2015

By:    <u>/s/Adam E. Schulman</u>
Adam E. Schulman