# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN



U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2015 DEC 21 ☐ 1: 13

JON W. SANFILIPPO
CLERK

)
)
)
)
)
IN RE: SUBWAY FOOTLONG SANDWICH ) Case No. 3:13-md-2439
MARKETING AND SALES PRACTICES )
LITIGATION ) Judge Lynn Adelman
)
)
)
_____ )

## **OBJECTION OF DYLAN L JACOBS TO THE CLASS SETTLEMENT**

(i)     your name, address and telephone number

Dylan Leslie Jacobs
2828 Old Hickory Blvd Apt 304
Nashville, TN 37221
501-304-5527

(ii)    why you believe that you are a Class Member or otherwise have standing to object

I frequently purchased Subway sandwiches between January 1, 2003 and October 2, 2015.

(iii)   the reasons why you object, including any legal support for your objections.

See below.

(iv)    If you are represented by an attorney or have been represented by an attorney regarding this Litigation or your objection, you must identify the attorney.

I am not represented by an attorney.

(v)     any agreements that you have with anyone, including your attorney, regarding objecting to this Settlement.

N/A

(vi)    any attorneys who will represent you at the Settlement Fairness Hearing

N/A

(vii)   all persons, including yourself, that you will call to testify at the Settlement Fairness Hearing

I do not intend to appear at the Hearing at this time.

## I.    Objections to the Terms of the Settlement

### A.    Lack of Money Damages

It is unfair that Defendant is able to avoid any retrospective liability for shortchanging customers for over a decade. It is commendable that this settlement will finally force Defendant to put procedures in place to ensure proper bread length, but that is not enough. Some other sort of compensation should have been negotiated. While it is true that the class is enormous, this means that the harm was enormous as well.

## II.    Attorney's Fees

Class Counsel claims that the requested fee represents half of what their usual lodestar would be. Even if that is true, it is still too high. Counsel failed to negotiate any sort of monetary relief for class members. The customers who were harmed by Defendant's actions over the last decade will not benefit from this settlement. In fact, the only individuals being compensated are the Class Representatives and Class Counsel. While Class Counsel does deserve some remuneration for their efforts, it should reflect the results of those efforts. Half a million dollars is too high.

## Conclusion

For the reasons above, I respectfully request that the Court reject this settlement.

This objection has been sent to the following address:

Clerk of Court
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Sincerely,

Dylan L Jacobs