# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: SUBWAY FOOTLONG ) | |
| SANDWICH MARKETING AND ) | Case No. 2:13-md-02439-LA |
| SALES PRACTICES LITIGATION ) | |

This document relates to all cases

## NOTICE OF APPEAL

Notice is hereby given that objecting class member Theodore H. Frank appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Decision and Order granting motion for final approval (Dkt. 65), filed February 25, 2016, from this Court's Final Judgment (Dkt. 66), filed February 25, 2016, and from all opinions and orders that merge therein.

Dated: March 24, 2016

                                                  Respectfully submitted,

                                                  */s/ Adam E. Schulman*
                                                  Adam E. Schulman
                                                  Competitive Enterprise Institute,
                                                  Center for Class Action Fairness
                                                  1899 L Street, NW, 12th Floor
                                                  Washington, DC 20036
                                                  Telephone: (610) 457-0856
                                                  Email: adam.schulman@cei.org

                                                  *Attorney for Objector Theodore H. Frank*

# CERTIFICATE OF SERVICE

The undersigned certifies that, on March 24, 2016 he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: March 24, 2016

                                                By:    /s/ *Adam Schulman*
                                                         Adam Schulman