# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

September 25, 2017

Adam E. Schulman
Competitive Enterprise Institute
Center for Class Action Fairness
1310 L St NW- 7th Fl
Washington, DC 20005

John M. Doroghazi
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

Re: **In Re: Subway Footlong Sandwich Marketing and Sales Practices Litigation
Case No. 13-md-2439**

Dear Litigants:

Today, I received the objector's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking the parties to advise me in writing on or before **10/09/2017** whether there are objections to any of the costs.

If there are no objections to the proposed costs, the parties should promptly notify the court in writing, with a copy to objector's counsel.

If any of the parties do file an objection, it should be accompanied by a brief memorandum. All parties will have until **10/16/2017** to file a response and any reply by the parties should be filed on or before **10/23/2017**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

By: J. Lyday
Deputy Clerk