WIGGIN AND DANA

Counsellors at Law

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

John Doroghazi
203.498.4421
203.782.2889 fax
jdoroghazi@wiggin.com

VIA ECF

October 12, 2017

Stephen C. Dries, Clerk
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Re: *In re: Subway Footlong Sandwich Marketing and Sales Practices Litigation*, 2:13-md-02439-LA (E.D. Wis.)

Dear Mr. Dries:

Defendant Doctor's Associates Inc. ("DAI") has no objection to the amount of costs sought in the Objector's Proposed Bill of Costs filed on September 28, 2017 in the amount of $955.00 (Doc. No. 77). DAI further states that it and Plaintiffs should each be ordered to pay half of the costs awarded as the Objector was successful in opposing Plaintiff's motion for class settlement (Doc. No. 46), which DAI did not oppose.

Sincerely,

John Doroghazi

cc: Adam E. Schulman (via e-mail)
    adam.schulman@cei.org