# ZIMMERMAN LAW OFFICES, P.C.

77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Telephone (312) 440-0020
Facsimile (312) 440-4180
www.attorneyzim.com

October 17, 2017

<u>**Via ECF**</u>
Stephen C. Dries
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

  **Re:**   *In Re: Subway Footlong Sandwich Marketing and Sales Practices Litigation,*
     *2:13-MD-02439-LA (E.D. Wis.)*

Dear Mr. Dries:

Plaintiffs in the above-captioned matter have no objection to the amount of costs sought in the Objector's Proposed Bill of Costs filed on September 28, 2017, in the amount of $955.00 (Dkt. #77), which includes the amount of costs taxed by the United States Court of Appeals for the Seventh Circuit. Plaintiffs further state that they do not have any objection to the request by Defendant Doctor's Associates, Inc. ("DAI") that DAI and Plaintiffs should each be ordered to pay half of the costs awarded.


Sincerely,

/s Thomas A. Zimmerman, Jr.

Thomas A. Zimmerman, Jr.


cc: Adam E. Schulman (via email)
  *adam.schulman@cei.org*
  Counsel for Objector