**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| IN RE: SUBWAY FOOTLONG SANDWICH MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) | No. 2:13-md-2439 |

**STIPULATION OF DISMISSALWITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs Nguyen Buren, Charles Noah Pendrak, John Farley, Jason Leslie, Barry Gross, Richard Springer, Andrew Roseman, Vincent Gotter, Zana Zeqiri, and Ayanna Nobles, through their undersigned attorneys, hereby voluntarily dismiss their claims and this action against Defendant Doctor's Associates Inc. without prejudice and without costs to any party.

Dated: October 24, 2017

**Plaintiffs Nguyen Buren, Charles Noah Pendrak, John Farley, Jason Leslie, Barry Gross, Richard Springer, Andrew Roseman, Vincent Gotter, Zana Zeqiri, and Ayanna Nobles**


By: s/Stephen DeNittis
Stephen P. DeNittis
DeNittis Osefchen, P.C.
5 Greentree Centre, Suite 410
Route 73 South & Lincoln Drive
Marlton, New Jersey 08053
(856) 797-9951 telephone

Thomas A. Zimmerman, Jr. (IL #6231944)
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

*Co-Lead Counsel for the Plaintiffs*


**Defendant Doctor's Associates Inc.,**

By: /s/ John M. Doroghazi (with consent)

John M. Doroghazi
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jdoroghazi@wiggin.com

*Attorney for Doctor's Associates Inc.*

**CERTIFICATE OF SERVICE**

Stephen DeNittis, an attorney, hereby certifies that he caused the foregoing document, to be served upon all counsel of record in this case via the Court's CM/ECF System, prior to 5:00 p.m., on this 24th day of October, 2017.

Stephen DeNittis