

Adam E. Schulman
Competitive Enterprise Institute
Center for Class Action Fairness
1310 L Street, NW, 7th Floor
Washington, DC 20005
(610) 457-0856
Adam.schulman@cei.org

November 26, 2017

**VIA ECF**

Stephen C. Dries, Clerk
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re**:**    *In re Subway Footlong Sandwich Marketing and Sales Practices Litigation,* 2:13-md-0439-LA (E.D. Wis)

Dear Mr. Dries:

      I write to request the Court's ruling on Objector Theodore H. Frank's bill of costs, filed on September 28, 2017. Dkt. 77. This Court set a briefing schedule (Dkt. 78), and both the Defendant and Plaintiff filed letters confirming that they have no objection to the costs in the requested amount of $955.00, half to be paid by Defendant, and half to be paid by Plaintiffs. Dkts. 81, 82. Given the parties' subsequent stipulation of dismissal (Dkt. 84), Objector Frank is concerned that his proposed bill of costs may have been lost in the shuffle.

      Respectfully submitted,

      */s/ Adam E. Schulman*
      Adam E. Schulman

cc:    Counsel via ECF system